1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-MG-00134 GSA |
|---|---|
| Plaintiff, | **ORDER ON GOVERNMENT'S MOTION TO DISMISS** |
| v. | **Fed. R. Crim. P. 48(a)** |
| PATRICK MARTIN RYAN, | |
| Defendant. | |

IT IS HEREBY ORDERED that the charges as to the above-named defendant are dismissed without prejudice, in the interest of justice. The defendant is hereby remanded to the custody of the Bureau of Prisons to serve the remainder of his term of imprisonment.

IT IS SO ORDERED.

Dated: __**August 13, 2013**__        __/s/ Lawrence J. O'Neill__
                                       UNITED STATES DISTRICT JUDGE

Motion to Dismiss, FRCrimP 48(a)           1